IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DAVID MORGAN, | * |
| Plaintiff, | * |
| vs. | * No. 4:18-cv-00169-SWW |
| EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company, and U.S. BANK, N.A., a foreign corporation, | * |
| Defendants. | * |

## ORDER

Pursuant to the parties' stipulation of dismissal [doc.#17], this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 20th day of September 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE